**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Hon. M. Bofill Duhe
District Attorney
300 Iberia St., #200
New Iberia LA 70560

M. Craig Colwart
Asst D.A., St. Martin
415 S. Main St.
St. Martinvill LA 70582

W. Claire Howington
Iberia Parish ADA
300 Iberia St. Ste 200
New Iberia La 70560

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 12, 2021

**REHEARING ACTION: May 12, 2021**

**Docket Number: 20   00471-KW**

**STATE OF LOUISIANA**
**VERSUS**
**CHRYSTAL CLUES-ALEXANDER**

**Writ Application from St. Martin Parish Case No. 14247175**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. D. Kent Savoie**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

   **DENIED.**

cc: Thomas E. Guilbeau, Counsel for the Applicant
    Jason Wayne Robideaux, Counsel for the Applicant
    Katherine G. Guillot, Counsel for the Applicant